Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Plaintiffs
Bosco Kante and Maya Kante

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>Rosemary Greene<br><br>　　　　Debtor | Bankruptcy Case No. 12-49009 WJL 7<br><br>Chapter 7 |
| Bosco Kante and Maya Kante<br>　　　　Plaintiff Creditors<br>v.<br>Rosemary Greene<br>　　　　Defendant Debtor. | Adversary Case No: 18-40285<br><br>**Certificate of Service** |

　　　I declare as follows: I am employed in the County of Alameda. I am over the age of eighteen years and not a party to the above referenced case. My business address is 1970 Broadway, Suite 550, Oakland CA 94612. On April 24, 2018 I served the following documents on the parties listed below by email. Cathleen Moran as Counsel for Defendant Rosemary Green confirmed to me in writing that she would accept service of this complaint by email on behalf of the Defendant.

- **Summons and Notice of Scheduling Conference in Adversary Proceeding,**
- **Complaint Seeking Declaratory Relief in Core Adversary Proceeding**
- **Order RE: Initial Disclosures and Discovery Conference,**

1

- **Notice Information Sheet**
- **Bankruptcy Dispute Resolution Program Information Sheet.**

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed at Oakland, California.

Dated: April 24, 2018     /s/ Andrew Christensen
                          Andrew Christensen
                          Attorney for Plaintiff

Cathleen Cooper Moran
Moran Law Group, Inc.
1674 N Shoreline Blvd. #140
Mountain View, CA 94043-1375
(650) 694-4700
Email: ecf@moranlaw.net