MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-Mail: Cathy@moranlaw.net

Attorney for Defendant

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

| | |
|---|---|
| In Re: | Chapter 7 |
| ROSEMARY GREENE, | Bankruptcy No. 12-49009 |
| Debtor. | |
| BOSCO KANTE AND MAYA KANTE, | Adversary No. 18-04069 |
| Plaintiffs, | |
| vs. | Date: June 20, 2018 |
| ROSEMARY GREENE, | Time: 10:30 a.m. |
| | Place: 1300 Clay Street |
| | Room 220 |
| | Oakland, CA |
| Defendant. | |
| | HON. WILLIAM J. LAFFERTY |

**MOTION TO DISMISS ADVERSARY PROCEEDING**

Rosemary Greene moves the court to dismiss this adversary proceeding under Federal Rule of Bankruptcy Procedure 7012 incorporating Federal Rule of Civil Procedure 12(b)(6) on the grounds that it fails to state a claim on which relief may be granted.

///

1  The motion is based on the points and authorities filed herewith.

                                    MORAN LAW GROUP, INC.

                                    /s/ Cathleen Cooper Moran
                                    CATHLEEN COOPER MORAN